In the Matter of FRED MOUAKAD, Individually and on Behalf of Other Tenants of Hotel Martinique, Inc., Similarly Situated, Respondent, against PAUL L. Ross et al., Constituting the Temporary City Housing Rent Commission, et al.,

Appellants.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante,* pp. 74, 877; 275 App. Div. 668.]